UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, WELFARE FUND, ANNUITY FUND, AND APPRENTICESHIP, JOURNEYMAN RETRAINING, EDUCATIONAL AND INDUSTRY FUND, ET AL.,

Petitioners,

-against-

CCC CUSTOM CARPENTRY CORP.,

Respondent.

26 CIVIL 6783 (LJL)

# JUDGMENT

It is hereby ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's Order dated October 1, 2026, the Petition to confirm the Award is granted. Accordingly, judgment is entered in favor of Petitioners and against Respondent as follows:

1. Confirming the Award in all respects;

2. Awarding Petitioners $192,159.10 plus interest to accrue from June 10, 2026 at the annual rate of 8.75% in the amount of $5,527.86; pursuant to the Award;

3. Awarding Petitioners $490 in costs arising out of this proceeding;

4. Awarding Petitioners $854.50 in attorneys' fees arising out of this proceeding; and

5. Awarding Petitioners post-judgment interest at the statutory rate.

Dated: New York, New York
October 8, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** [signature]

**Deputy Clerk**